

(518) 463-4179
(800) 828-4428 NYS ONLY
(518) 463-3752 Fax
www.servico.com
14-1638171 Tax I.D. No.

P.O. Box 871, Albany, New York 12201

# Invoice

| Date | Invoice # |
|---|---|
| 4/6/2022 | S1875133 |

**Bill To**
CSM Legal, P.C.
Felipe Gomez
60 E. 42nd St., #4510, 1 Grand Central Pl
New York, NY 10165

**Ship To**
CSM Legal, P.C.
Felipe Gomez
60 E. 42nd St., #4510, 1 Grand Central Pl
New York, NY 10165

PAID 04/06/2022

| Your File # | Biller | Account # | Customer Phone |
|---|---|---|---|
|  | JH | 171200 | 212.317-1200 |

| Description | Amount |
|---|---|
| Eloy Xochitemol | |
| VS | |
| New Mulan LLC (d/b/a Neew Mulan), Wei Yu a/k/a Wendy Yu, and Qun Yao | |
| SERVICE ON: New Mulan LLC | |
| SERVICE OF PROCESS - SECRETARY OF STATE | 25.00 |
| ADMINISTRATIVE CHARGE | 5.00 |
| DISBURSEMENT TO DEPARTMENT OF STATE | 40.00 |
| Copy Fee | 12.00 |
| Credit Card Ran | 0.00 |
| SALES TAX NYC 5 BOROUGHS | 0.00 |

| | |
|---|---|
| Total | $82.00 |
| Payments/Credits | -$82.00 |
| Balance Due | $0.00 |

- THANK YOU - PAY THIS INVOICE UPON RECEIPT -

RETURN COPY OF INVOICE WITH PAYMENT - WRITE INVOICE NUMBER ON ALL PAYMENTS

NOTE: We guarantee our information to be as accurate as REASONABLE CARE can make it. However, the ultimate responsibility for maintaining files rests with the filing officer and/or government agency and we will accept NO LIABILITY beyond the exercise of REASONABLE CARE.

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT  
FOR THE EASTERN DISTRICT OF NEW YORK

Purchased/Filed: April 5, 2022  
Index # 22cv1899

*Eloy Xochitemol*                                      Plaintiff

against

*New Mulan LLC (d/b/a Neew Mulan), Wei Yu a/k/a Wendy Yu, and Qun Yao*      Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY       SS.:

_____JAMES PERONE_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____April 6, 2022_____, at ___11:00 AM___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Rider to Request for Summons and Complaint

on

_____New Mulan LLC_____, the Defendant in this action, by delivering to and leaving with _____Nancy Dougherty_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, _2_ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee _40_ dollars; That said service was made pursuant to Section _303 Limited Liability Company Law_. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served:  Approx. Age: _55-60_   Approx. Wt: _130lbs_   Approx. Ht: _5'3"_  
Color of skin: _White_   Hair color: _Black_   Sex: _Female_   Other: _____

Sworn to before me on this  
_6th_ day of April 2022

SCOTT SCHUSTER  
NOTARY PUBLIC, STATE OF NEW YORK  
NO. 01SC6308636  
QUALIFIED IN ALBANY COUNTY  
COMMISSION EXPIRES JULY 28, 2022

JAMES PERONE  
**Attny's File No.**  
Invoice·Work Order # S1875133

**SERVICO, INC.. P.O. BOX 871. ALBANY. NY 12201**