UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK        Attorney: CSM LEGAL P.C. -2371

ELOY XOCHITEMOL, INDIVIDUALLY AND ON BEHALF OF OTHERS
SIMILARLY SITUATED

Index #: 1:22-CV-01899-BMC

Plaintiff(s)

-against-

Date Filed:

NEW MULAN LLC (D/B/A NEW MULAN) ETAL

**AFFIDAVIT OF SERVICE**

Defendant(s)

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DENISE LEWIS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS
ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.



That on April 22, 2022 at 03:16 PM at

C/O NEW MULAN
136-17 39TH AVENUE
FLUSHING, NY 11354

deponent served the within true copy/copies of the SUMMONS IN A CIVIL ACTION AND COMPLAINT on
QUN YAO, the defendant/respondent therein named,

**SUITABLE
AGE**
by delivering thereat a true copy/copies of each to MR. LIU a person of suitable age and discretion. Said premises is
the defendant's/respondent's actual place of business within the state. He identified himself as the CO-
WORKER/EMPLOYEE of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|------|------------|------------|----------------|-------------------|------------------|
| MALE | YELLOW | BLACK | 56 | 5'7 | 200 |

**MAILING**
Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at
the defendant's/respondent's actual place of business at

C/O NEW MULAN
136-17 39TH AVENUE
FLUSHING, NY 11354

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States
Postal Service within New York State on April 22, 2022 by REGULAR FIRST CLASS MAIL in an envelope marked
PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that
the communication is from an attorney or concerns an action against the party to be served.

Sworn to me on:  April 22, 2022

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2022

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2025

Gotham Process Inc.
299 Broadway
New York NY 10007

**DENISE LEWIS**
License #: 2006009
Docket #:        *1216495*