UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK          Attorney: CSM LEGAL P.C. - 2371

ELOY XOCHITEMOL, INDIVIDUALLY AND ON BEHALF OF OTHERS          Index #: 1:22-CV-01899-BMC
SIMILARLY SITUATED

                                                    Plaintiff(s)

          -against-                                                    Date Filed:

  NEW MULAN LLC (D/B/A NEW MULAN) ETAL

                                                    Defendant(s)          **AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DENISE LEWIS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS
ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 22, 2022 at 03:16 PM at

C/O NEW MULAN
136-17 39TH AVENUE
FLUSHING, NY 11354

deponent served the within true copy/copies of the SUMMONS IN A CIVIL ACTION AND COMPLAINT on
WEI YU A/K/A WENDY YU, the defendant/respondent therein named,

**SUITABLE**    by delivering thereat a true copy/copies of each to MR. LIU a person of suitable age and discretion. Said premises is
**AGE**         the defendant's/respondent's actual place of business within the state. He identified himself as the CO-
                WORKER/EMPLOYEE of the defendant/respondent.

        Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|------|------------|------------|---------------|------------------|-----------------|
| MALE | YELLOW | BLACK | 56 | 5'7 | 200 |

**MAILING**    Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at
               the defendant's/respondent's actual place of business at

               C/O NEW MULAN
               136-17 39TH AVENUE
               FLUSHING, NY 11354

               and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States
               Postal Service within New York State on April 22, 2022 by REGULAR FIRST CLASS MAIL in an envelope marked
               PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that
               the communication is from an attorney or concerns an action against the party to be served.

Sworn to me on:  April 22, 2022

Linda Forman                          Robin Forman                          Gotham Process Inc.                    **DENISE LEWIS**
Notary Public, State of New York      Notary Public, State of New York      299 Broadway                           License #: 2006009
No. 01FO5031305                       No. 01FO6125415                       New York NY 10007
Qualified in New York County          Qualified in New York County                                                 Docket #:      *1216494*
Commission Expires August 1, 2022     Commission Expires April 18, 2025