UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELOY XOCHITEMOL, *individually and on behalf of others similarly situated*,<br><br>     *Plaintiff*,<br><br>-against-<br><br>NEW MULAN LLC (D/B/A NEW MULAN), QUN YAO, and QUN YAO,<br><br>     *Defendants* | Case No. **22-cv-1899(BMC)**<br><br>**CERTIFICATE OF DEFAULT** |

  I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Qun Yao has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Qun Yao is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
    June 1 , 2022

                **BRENNA B. MAHONEY**
                Clerk of the Court

             By: *Jalitza Poveda*
                Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELOY XOCHITEMOL, *individually and on behalf of others similarly situated*,<br><br>*Plaintiff*,<br><br>-against-<br><br>NEW MULAN LLC (D/B/A NEW MULAN), WEI YU A/K/A WENDY YU, and QUN YAO,<br><br>*Defendants* | Case No. **22-cv-1899**<br><br>**CERTIFICATE OF DEFAULT** |

    I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Wei Yu a/k/a Wendy Yu has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Wei Yu a/k/a Wendy Yu is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
        June 1 , 2022

**BRENNA B. MAHONEY**
Clerk of the Court

By: *Jalitza Poveda*
       Deputy Clerk

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ELOY XOCHITEMOL, *individually and on behalf of others similarly situated,*<br><br>*Plaintiff,*<br><br>-against-<br><br>NEW MULAN LLC (D/B/A NEW MULAN), WEI YU A/K/A WENDY YU, and QUN YAO,<br><br>*Defendants.* | Case No. **22-cv-1899**<br><br>**CERTIFICATE OF DEFAULT** |

    I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the New Mulan LLC (d/b/a New Mulan) has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant New Mulan LLC (d/b/a New Mulan) is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
        June 1, 2022

                                                    **BRENNA B. MAHONEY**
                                                      Clerk of the Court

                                                 By:  *Jalitza Poveda*
                                                              Deputy Clerk