UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ELOY XOCHITEMOL, individually and on
behalf of others similarly situated,

                                                                    JUDGMENT

                        Plaintiff,                                  22-cv-1899 (BMC)

        v.

NEW MULAN LLC (D/B/A NEW MULAN),
and WEI YU A/K/A WENDY YU, and QUN YAO,

                        Defendants.
---------------------------------------------------------------X
        An Order of the Honorable Brian M. Cogan, United States District Judge, having been

filed on July 12, 2022, granting plaintiff's motion for a default judgment; directing the Clerk of

Court to enter judgment in favor of plaintiffs and against defendants, jointly and severally, in the

amount of $82,346.50, plus attorneys' fees and costs in the amount of $3884.25, for a total of

$86,230.75; it is

        ORDERED and ADJUDGED that plaintiff's motion for a default judgment is granted;

and that judgment is hereby entered in favor of plaintiffs and against defendants, jointly and

severally, in the amount of $82,346.50, plus attorneys' fees and costs in the amount of $3884.25,

for a total of $86,230.75.

Dated:  Brooklyn, New York                          Brenna B. Mahoney
        July 14, 2022                               Clerk of Court

                                            By:     /s/Jalitza Poveda
                                                    Deputy Clerk